# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 68.33.67.239, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Strike 3 Holdings, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Strike 3 Holdings, LLC which have any outstanding securities in the hands of the public.

(1) General Media Systems, LLC; parent company of Strike 3 Holdings, LLC.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of Record for Strike 3 Holdings, LLC.

Dated: November 6, 2017

                                                          Respectfully submitted,

                                                          By:  /s/ *Jessica Haire*
                                                          Jessica Haire, Esq.
                                                          jhaire@foxrothschild.com
                                                          Fox Rothschild LLP
                                                          1030 15th Street, NW
                                                          Suite 380 East
                                                          Washington, DC 20005
                                                          Tel.: (202) 461-3100
                                                          Fax: (202) 461-3102
                                                          www.foxrothschild.com