UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STRIKE 3 HOLDINGS, LLC,

    *Plaintiff*,

v.

JOHN DOE subscriber assigned IP address 68.33.67.239,

    *Defendant*.

Civil Action No. 17-cv-2338 (TJK)

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference, ECF No. 5, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that:

1. If and when the internet service provider ("ISP") is served with a subpoena, Plaintiff shall provide the ISP with a copy of this Order and the accompanying Memorandum Opinion with its subpoena.

2. The ISP shall give written notice, which may include e-mail notice, and shall include a copy of the subpoena, this Order, and the accompanying Memorandum Opinion, to the subscriber in question at least twenty (20) business days prior to releasing the subscriber's identifying information to Plaintiff.

3. Any motion to quash the subpoena shall be filed before the return date of the subpoena, which shall be no earlier than forty-five (45) calendar days from the date of service.

2

4. The ISP shall preserve any subpoenaed information pending the result of any timely-filed motion to quash.

5. Any information disclosed to Plaintiff in response to a Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in the Complaint, ECF No. 1.

6. On or before February 20, 2018, Plaintiff shall file a Status Report with the Court briefly outlining the progress of the discovery authorized by this Order.

**SO ORDERED.**

/s/ Timothy J. Kelly<br>
TIMOTHY J. KELLY<br>
United States District Judge

Date: January 11, 2018